UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ / CASE NO. 5:06-mj-23 TAG

**Judgment and**
**ORDER TO PAY**

Agnes Morel

SOCIAL SECURITY #: 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
DATE OF BIRTH: 1-15-48
DRIVER S LICENSE #: 22727283
ADDRESS: 5923 GRAND wood DR
SAN ANTONIO  TX  78239
City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 4-13-06       _Agnes Morel_
                    DEFENDANT S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO: 5:06-mj-23 TAG     FINE 100.00     ASGMT. 5.00
CITATION / CASE NO: _____     FINE _____     ASGMT. _____

(✓) **FINE TOTAL** of $ 100.00 and a penalty assessment of $ 5.00 within 30 (days)/~~months~~ or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~          ~~CLERK, USDC~~          **CLERK, USDC**
~~P.O. BOX 740026~~                    ~~501 "I" St., #4200~~   ~~1130 O Street, Rm 5000~~
~~Atlanta, GA 30374-0026~~             ~~Sacramento, CA 95814~~ Fresno, CA 93721
~~1-800-827-2982~~                                              → 2500 Tulare St.

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 4/13/06       for: U/S MAGISTRATE JUDGE

**Clerk s Office**                                              EDCA - 03 Rev 8/97